In the Matter of STANLEY ROY ROOT, an Attorney.—Motion granted and upon reargument respondent's suspension as an attorney and counselor at law in the State of New York is stayed on consent of the Departmental Disciplinary Committee and on condition that respondent perfects the criminal appeal for the March 1979 Term as indicated in the determination of this court on motion decided simultaneously herewith. Concur—Murphy, P. J., Silverman, Evans, Lane and Markewich, JJ.

## (January 16, 1979)

AMERICAN BANK & TRUST COMPANY, by the Federal Deposit Insurance Corporation, as Receiver, Respondent, v ANDRE HERCZ, Appellant.—Order, Supreme Court, New York County, entered on September 22, 1977, unanimously affirmed for the reasons stated by Fein, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman and Evans, JJ.